ROBERT G. GIBBS, as Administrator, etc., of ROBERT GIBBS, JR., Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment

and order affirmed, with costs. All concur. (The judgment awards damages for death of plaintiff's intestate resulting from an automobile being struck by a train. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.